**Mark C. BRENNAN, Petitioner,**

v.

**Virginia K. BRENNAN, Respondent.**

No. 70628.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 28, 1997.

Lawrence Gillespie, Sunset Hills, for appellant.

John Hilton & Joyce Capshaw, Clayton, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Mark C. Brennan appeals from a judgment of the trial court entered on an action for dissolution of marriage. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).